No. 342. Alexander *v.* Texas. Court of Criminal Appeals of Texas. Certiorari denied. *L. N. D. Wells, Jr.* for petitioner. *John Ben Shepperd,* Attorney General of

Texas, and *Milton Richardson* and *W. Edmund Notestine,* Assistant Attorneys General, for respondent.